**FILED**

OCT 2 9 2003

RALPH L. DeLOACH, Clerk

By _____ Deputy

7IN THE UNITED STATES DISTRICT
FOR THE DISTRICT COURT OF KANSAS
AT KANSAS CITY

RUSTY ECK FORD-MERCURY CORP. OF )
LEAVENWORTH )
)
Plaintiff, )
)
v. )          Case No. 01-2503 JWL
)
AMERICAN CUSTOM COACHWORKS, LTD )
and )
JAY MEYERS )
)
Defendants. )

## JUDGMENT

Upon stipulation of the parties, judgment is hereby rendered in favor of plaintiff

Rusty Eck Ford-Mercury Corp. of Leavenworth, and against defendant Jay Meyers, in the

amount of $250,000. Each party shall bear the taxable costs incurred or paid by such

party. Any unpaid costs assessed by the Clerk of the District Court shall be paid by

defendant Meyers.

_____
JAMES P. O'HARA
UNITED STATES MAGISTRATE JUDGE

DATED: _October 28, 2003_____

DTMDOCS 834031v1